UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOY TILLERY MEDLEY

      Plaintiff,

V.                                                            CIVIL ACTION NO

ENHANCED RECOVERY COMPANY, LLC

      Defendant.                              SEPTEMBER 21, 2015

## COMPLAINT

Plaintiff, sues Defendant a licensed collection agency, which is illegally doing business in Connecticut and alleges:

## I. PRELIMINARY STATEMENT

1. This is an action brought pursuant to 15 D.S.C. § 1692, *et sequi*, known more commonly as the "Fair Debt Collection Practices Act" ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

## II. JURISDICTION

2. The jurisdiction of this Court arises under 15 U.S.C. §1692k and 28 U.S.C. §1337.

## III. ALLEGATIONS AS TO PARTIES

3. Plaintiff is a resident of Danbury, CT.
4. At all times material hereto, Defendant, Enhanced Recovery Company, LLC., ("Collection Agency), was licensed as a collection agency as required by the Connecticut Department of Banking..
5. At all times material hereto, Defendant was doing business in Connecticut.

6. At all times material hereto, Defendant, was acting like a licensed collection agency with a principal place of business at 8014 Bayberry Road, Jacksonville, FL 32256.

7. Defendant is or was engaged in the collection of debts from consumers using the mail and telephone. Defendant attempted to collect consumer debts alleged to be due to another in the State of Connecticut.

## IV. FACTUAL ALLEGATIONS

8. Defendant is the collection agent for "Verizon" and regularly collected or attempted to collect monies from consumers for delinquent or alleged delinquent personal debt. See Exhibit "1".

9. On or about July 9, 2015, Defendant communicated with the Plaintiff for the purpose of collecting monies for an alleged delinquent cell phone debt purportedly owed by plaintiff.

## V. DEFENDANTS' PRACTICES

10. It is or was the policy and practice of Defendant to communicate with Connecticut consumers in a manner which was reasonably calculated to confuse or frustrate, or mislead MD consumers in violation of the FDCPA §1692e.

11. Defendant communicated with the Plaintiff and attempted to collect this alleged debt, which was not owed by her. She did not incur this debt, not executed any contract for this debt.

## VI. ALLEGATIONS OF LAW

### A. General

12. At all times material hereto, plaintiff was a "consumer" as said term is defined under 15 U.S.C. §1692a (3).

13. At all times material hereto, "Verizon", represented by Defendant was a "creditor" as said term is defined under 15 U.S.C. §1692a (4).

14. At all times material hereto, the amount purportedly owed to "Verizon" represented by Defendant was a "debt" as said term is defined under 15 U.S.C. §1692a (5).

### A. Unlawful Claim

15. With respect to the attempt by Defendant to collect the alleged debt as more particularly described above, the conduct of Defendant violated the FDCPA, including but not limited to:

    a. The use of false representations, deceptive or misleading representations or means to collect or attempt to collect a debt in violation of 15 U.S.C. §1692e.

    b. Plaintiff disputed this alleged debt, via written letter dated July 23, 2015 quickly after receiving the initial collection letter dated July 8, 2015.   Defendant failed to validate the debt, and when Plaintiff called on September 9, 2015 to inquire what the status of her dispute was, she was told she still owes this debt.

    c. Defendant failed to validate the debt and took another collection action despite the FDCPA's prohibition.

16. As a result of Defendant's' conduct, Plaintiff is entitled to an award of actual and statutory damages pursuant to 15 U.S.C. §1692k.

17. Plaintiff is entitled to an award of costs and attorneys fees pursuant to 15 U.S.C. § 1692k.

**WHEREFORE, Plaintiff, an individual, requests judgment be entered in her favor against Defendant for:**

1.     Actual and statutory damages pursuant to 15 U.S.C. §1692k;
2.     An award of costs and attorney's fees pursuant to 15 U.S.C. § 1692k; and
3.     Such other and further relief as the Court may deem just and equitable.

**DEMAND FOR JURY TRIAL**

THE PLAINTIFF
BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
Kennedy Law Firm
1204 Main Street, #176
Branford, CT 06405
(443) 607- 8901
(443) 440-6372 Fax
Fed. Bar # ct00680
bernardtkennedy@yahoo.com



# Enhanced Recovery Company, LLC

July 08, 2015

Creditor: VERIZON
Original Creditor: VERIZON
Account Number: XXXX908050890
Amount of Debt: $420.68
Reference Number: 127815138

## COLLECTION NOTICE

JOY TILLERY

Our records indicate that your balance with VERIZON remains unpaid; therefore your account has been placed with Enhanced Recovery Company, LLC for collection efforts.

Upon receipt and clearance of $420.68, your account will be closed and collection efforts will cease.

Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days after your receipt of this notice, the debt will be assumed to be valid by us.



PLAINTIFF'S EXHIBIT

View statements, pay your balance, and manage your account online at www.payerc.com.

Telephone: (800) 496-7681 Toll Free. All calls are recorded and may be monitored for training purposes.

Send correspondence to: Enhanced Recovery Company, LLC., P.O. Box 57610, Jacksonville, FL 32241

Office Hours (Eastern Time): Mon–Thurs: 8:00 am–11:00 pm, Fri: 8:00 am–10:00 pm, Sat: 8:00 am–8:00 pm



**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**
**NOTICE - SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS**

Please do not send correspondence to this address.

P.O. BOX 1259, Dept 98696
Oaks, PA 19456



July 08, 2015

| | IF PAYING BY CREDIT OR DEBIT CARD, FILL OUT BELOW OR IF PAYING BY CHECK OR MONEY ORDER PLEASE REMIT TO ADDRESS BELOW. | |
|---|---|---|
| ☐ VISA   ☐ | | BILLING ZIP |
| CARD NUMBER | | |
| SIGNATURE | | EXP. DATE |
| REFERENCE NUMBER | AMOUNT OF DEBT | AMOUNT PAID |
| 127815138 | $420.68 | $ |





JOY TILLERY
7 GROVE ST
DANBURY CT 06810-6116

98690 - 43484

Enhanced Recovery Company, LLC
P.O. Box 23870
Jacksonville, FL 32241-3870

### Federal Validation Notice:

Pursuant to 15 U.S.C./1692g(a), take notice that:

1. The amount of the claimed debt is the amount stated in the letter on the reverse side of this notice.

2. The name of the creditor to whom the debt is owed is in the letter on the reverse side of this notice.

3. Unless you dispute the validity of the debt, or any portion hereof, within thirty (30) days after your receipt of this notice, the debt will be assumed to be valid by us.

4. If you notify our office below in writing within (30) days of your receipt of this notice that the debt, or any portion hereof is disputed, we will obtain verification of the debt or a copy of any judgment that may be of record against you. We will mail the verification or copy of the judgment to you.

5. Upon your written request to this office within thirty (30) days of your receipt of this notice, we will provide you with the name and address of the original creditor, if different from the current creditor listed in the letter on the reverse side of this notice.

### Federal Notice:
This is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

### Tennessee Residents:
This Collection Agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

### Minnesota Residents:
This Collection Agency is licensed by the Minnesota Department of Commerce.

### New York State Residents:
New York City Department of Consumer Affairs License Number: 1394588.

### North Carolina Residents:
North Carolina Department of Insurance Permit Number: 03967.

### Utah Residents:
As required by Utah Law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### Our Corporate Address is:
Enhanced Recovery Company, LLC.
8014 Bayberry Road
Jacksonville, FL 32256

### Colorado Residents:
For information about the Colorado Fair Debt Collection Practices Act, see www.coloradoattorneygeneral.gov/ca or any successor web address.

A consumer has the right to request in writing that a Debt Collector or Collection Agency cease further communication with the consumer. A written request to cease communication will not prohibit the Debt Collector or Collection Agency from taking any other action authorized by law to collect the debt. Local Address: 13111 E. Briarwood Ave. #340, Centennial, CO 80012, (303) 309-3839.

### California Residents:
1. The State Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 AM or after 9 PM. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at: 1-877-FTC-HELP or www.ftc.gov.

2. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### Massachusetts Residents:
You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector. If you wish to discuss this matter, please call us direct, between the hours of 8 AM and 5 PM EST, at the telephone number listed on the front of this notice. Local Address: 49 Winter Street, Weymouth, MA 02118.

We at Enhanced Recovery Company, LLC specialize in assisting persons in different financial situations. If additional assistance is needed, please contact us or visit our website.

Joy Tillery<br>
7 Grove St<br>
Danbury, CT 06810

PLAINTIFF'S EXHIBIT 2

<u>**Via Facsimile Transmission -904-645-3009**</u>
July 23, 2015

Enhanced Recovery Company, LLC
P.O. Box 23870
Jacksonville, FL 32241-3870

RE: Verizon
  $420.68
  Reference No. 127815138

Dear Sir or Madam:

Please be advised, I dispute the entire debt.

I do not owe this debt to Verizon and I never opened an account with Verizon.

You will see my signature below, on this document and you can compare my signature to that of the person who signed the contract with Verizon. They will not be the same.

Sincerely,


Joy Tillery
A/K/A Joy Medley